CANNON LAW ASSOCIATES
BRYAN W. CANNON #0561
Attorney for Defendants
8619 S. Sandy Pkwy., Ste. 111
Sandy, UT 84070
Telephone:   (801) 255-7475
Facsimile:   (801) 255-7526
File Reference No. 2160497

## IN THE UNITED STATES DISTRICT COURT,

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CAROLYN FORD<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BUHLER'S LAUNDRY, LLC, SYLVAN B. BUHLER and DAPHNE L. BUHLER, Trustees, and any Successor Trustees, of the Buhler Family Trust, dated the 20th day of May, 200, and John Does I-X<br><br>　　　　Defendants. | **ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br><br>Civil No. 2:16-CV-604-DN<br><br>Judge David Nuffer |

　　The parties filed a Stipulated Motion to Dismiss With Prejudice filed on July 6, 2016.[1]

Having reviewed the Stipulated Motion, and for good cause,

　　IT IS HEREBY ORDERED that the Stipulated Motion to Dismiss With Prejudice[2] is

GRANTED.

---

[1] Docket no. 10.

[2] *Id*.

IT IS FURTHER HEREBY ORDERED that the action styled above is DISMISSED with prejudice. The Clerk shall close the case.

DATED this 13th day of July, 2016.

BY THE COURT

_____
DAVID NUFFER
United States District Court Judge